UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PABLO RAYO-MONTANO, et al.** )<br>)<br>**Defendants.** )<br>) | Criminal No. 05-316 (ESH) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as co-counsel for the United States of America in the above-captioned matter.

By:   /s/ *Donnell W. Turner*
_____
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave., N.W., 8th Fl.
Washington, D.C. 20005
(202) 307-5977
Donnell.Turner@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above was served upon counsel for the Defendants via the CM/ECF system this 1st day of March, 2008.

    /s/ *Donnell W. Turner*

    _____

    Donnell W. Turner